

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00385-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Krystal Dawn **MATHIS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-576
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: August 22, 2018

DISMISSED

Appellant and appellee have filed an agreed motion to dismiss this appeal due to settlement.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal

are taxed against the party who incurred them.

PER CURIAM